# Exhibit 1



Here comes the sun.jpg (above)

The world on the palm of your hand..jpg (above)



Yuo must go on adventures to find where you really belong.jpg (above)