UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-801-GW-AGRx | Date | April 24, 2023 |
|---|---|---|---|
| Title | *Tomas Havel v. Major Surplus and Survival, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 20, 2023, Plaintiff Tomas Havel filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by May 22, 2023. The Court sets an order to show re: settlement hearing for May 25, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on May 24, 2023.

| | : |
|---|---|
| Initials of Preparer | JG |